**People of the State of Illinois, Defendant in Error, v. David Sanders (Impleaded), Plaintiff in Error.**

**Gen. No. 51,456.**

First District, Third Division.

April 13, 1967.

Leon C. Rane, of Chicago, for plaintiff in error; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Matthew J. Moran, Assistant State's Attorneys, of counsel), for defendant in error. Opinion by JUSTICE DEMPSEY. **Not to be published in full.**